

NUMBER 13-13-00562-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN SCHELLENBERG AND
LISA SCHELLENBERG,                                            Appellants,

v.

ROGER D. RHEINHEIMER,                                          Appellee.

On Appeal from the 53rd District Court
of Travis County, Texas.

# MEMORANDUM OPINION

Before Justices Benavides, Perkes, and Longoria
Memorandum Opinion Per Curiam

Appellants, John Schellenberg and Lisa Schellenberg, perfected an appeal from a

judgment entered by the 53rd District Court of Travis County, Texas, in cause number

D-1-GN-10-0001013 (John Schellenberg and Lisa Schellenberg v. First State Bank

Central Texas and Roger D. Rheinheimer).[1]   This cause is presently before the Court on appellants' motion to dismiss Roger D. Rheinheimer from this appeal.

The Court, having considered the documents on file and appellants' joint motion to dismiss the appeal, is of the opinion that the motion should be GRANTED.   *See* Tex. R. App. P. 42.1(a).   Appellants' motion to dismiss is GRANTED, and the appeal is DISMISSED.   Costs will be taxed against appellants.   *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
21st day of November, 2013.

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to an order issued by the Supreme Court of Texas.   *See* Tex. Gov't Code Ann. § 73.001 (West 2005).   By separate order, this Court has severed the appeal involving Roger D. Rheinheimer from the remainder of the appeal involving First State Bank Central Texas, which remains pending in cause number 13-13-195-CV.